UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ADRIAN RODRIGUEZ #294546,

        Petitioner,                  Case No. 20-12582

v.

CATHERINE BAUMAN

        Respondent.
_____/

**JUDGMENT**

In accordance with the August 9, 2021 Opinion and Order Granting Respondent's Motion to Dismiss, Dismissing the Petition for Writ of Habeas Corpus and a Denying a Certificate of Appealability;

IT IS ORDERED AND ADJUDGED that judgment is entered for Respondent Catherine Bauman and against Petitioner Adrian Rodriguez.

Dated at Detroit, Michigan, this 9th day of August, 2021.

                                      DAVID J. WEAVER
                                      CLERK OF THE COURT

                                BY:<u>s/Lisa G. Wagner</u>
                                    Lisa Wagner, Deputy Clerk
                                    and Case Manager to
                                    Judge Robert H. Cleland